UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS FERNANDO ANDRADE,

                    Plaintiff,                          **ORDER**

         -against-                                       25-CV-02225 (PMH)

COMITO CONSTRUCTION CORP., et al,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

On February 10, 2026, Plaintiff and Defendant Rachel Weber filed pre-motion letters in anticipation of moving for summary judgment in accordance with the Court's Individual Practices. (Docs. 37, 38). The parties' responses to Plaintiff's and Defendant Weber's pre-motion letters were due February 18, 2026 pursuant to the Court's Individual Practices Rules 2(C) and 4(E). To date, only Defendant Weber has filed a response to Plaintiff's pre-motion letter. (Doc. 39). Accordingly, by February 23, 2026, Defendants Comito Construction Corp. and Giuseppe Guarnieri shall file letter-responses to Plaintiff's pre-motion letter (Doc. 37), and Plaintiff shall file a letter-response to Defendant Weber's pre-motion letter (Doc. 38).

The case management conference scheduled for February 26, 2026 is adjourned *sine die*.

**SO ORDERED.**

Dated:    White Plains, New York
          February 19, 2026

                                                     _____
                                                     PHILIP M. HALPERN
                                                     United States District Judge