

# Ronai & Ronai, LLP

### Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

April 29, 2026

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

**VIA ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

    Re:    Luis Fernando Andrade v. Comito Construction Corp., et al.
             Case No.: 25-cv-02225-PMH

Your Honor:

> Application granted. The time to file a stipulation of voluntary dismissal as against Defendant Giuseppe Guarnieri is extended by thirty days. An order closing this case, subject to restoring it to the Court's calendar within forty-five days, will be separately docketed.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 53.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        April 30, 2026

We represent pl_____ eferenced matter.

Pursuant to this _____ drade was directed to submit by May 1, 2026, a Sti_____ all parties, dismissing claims against defendants Rac_____

Respectfully h_____ t's attention the fact that the settlement between p_____ ri has not yet been fully consummated - as defe_____ suant to the General Release. Filing a Stipulation of_____ or to receiving the settlement monies could greatly p_____

As such, plain_____ xtension of time to submit a stipulation of voluntary_____ uarnieri, or in the alternative, upon the filing of a sti_____ ndant Rachel Weber, that the Court mark the action dismissed without prejudice to restoring same, provided the application to restore is made within forty-five (45) days of that Order.

Thank you.

Respectfully submitted,

Holly Ostrov Ronai

Cc: All parties via ECF