UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LUIS FERNANDO ANDRADE,

                Plaintiff,

v.                                      ORDER

COMITO CONSTRUCTION CORP, et al.,       25-cv-02225-PMH

                Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  White Plain, New York
        April 30, 2026

                         _____
                         Philip M. Halpern
                         United States District Judge